UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**TIM W. TAYLOR**,                                     Case No. 6:15-cv-02167-KI

        Plaintiff,

                           JUDGMENT

            v.

**NANCY A. BERRYHILL**, Acting
Commissioner of Social Security,[1]

        Defendant.

        Kathryn Tassinari
        Robert Baron
        Harder, Wells, Baron & Manning, P.C.
        474 Willamette, Suite 200
        Eugene, OR 97401

            Attorney for Plaintiff

        Billy J. Williams
        United States Attorney
        District of Oregon

---

    [1]Nancy A. Berryhill is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill is substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.

Janice E. Hebert
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902

Lisa Goldoftas
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

       Attorneys for Defendant

KING, Judge:

       Based on the record, IT IS ORDERED AND ADJUDGED that the decision of the

Commissioner is affirmed and this case is dismissed.

       Dated this ___22nd___ day of February, 2017.


                        /s/ Garr M. King_____
                       Garr M. King
                       United States District Judge

PAGE 2 - JUDGMENT